JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Julian Carroll* | CASE NO. CV 12-9468-GHK (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Target Corporation* | |
| Defendant. | |

Pursuant to the Court's January 10, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Julian Carroll's claims against Defendant Target Corporation are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: January 10, 2013

_____
GEORGE H. KING
Chief United States District Judge